ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Nov 05, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: THE RESIDENCE LOCATED AT 9400 CASTLEVIEW DRIVE, ELK GROVE,CA (TARGET LOCATION 1);UNIT D1242 OF THE EXTRA SPACE STORAGE FACILITY LOCATED AT9480 WEST STOCKTON BOULEVARD, ELK GROVE, CALIFORNIA (TARGET LOCATION 2);THE PERSON OF DELDRIDGE FOSTER;THE VEHICLE OPERATED BY FOSTER AT THE TIME OF HIS ARREST.

CASE NO: 2:25-SW-0219-JDP

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: November 5, 2026

Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE